167 So. 840
### John S. ENZOR v. STATE.
### 4 Div. 882.

Supreme Court of Alabama.
March 19, 1936.

Rehearing Denied April 23, 1936.

J. L. Giddens, of Troy, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of John S. Enzor for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Enzor v. State, 167 So. 336.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.